Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Samantha L. Ortiz, Esq. (SBN 312503)
sortiz@younessilaw.com
Melissa Newman Avila, Esq. (SBN 286487)
mnewma@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200

Attorneys for Plaintiff,
JAIME JIMENEZ

David J. Dow, Esq. (SBN 179407)
ddow@littler.com
Shelley L. Murray, Esq. (SBN 327300)
smurray@littler.com
**LITTLER MENDELSON, P.C.**
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: (619) 232-0441
Fax No.: 619.232-4302

Attorneys for Defendant
GREYHOUND LINES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01338-PSG-JPR<br><br>*Assigned to Honorable Judge Honorable Philip S. Gutierrez; Magistrate Jean P. Rosenbluth*<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Action filed: December 23, 2020<br>Trial date: January 25, 2022 |

Plaintiff Jaime Jimenez and Greyhound Lines, Inc. ("the Parties") hereby stipulate and request that the Court dismiss the lawsuit with prejudice pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure as to all claims, parties, and causes of action. Each party shall bear his/its own attorneys' fees and costs regarding this dismissal.

The Parties therefore request that the Court enter the attached proposed Order in its entirety.

DATED: January 11, 2022     **LAW OFFICES OF RAMIN R. YOUNESSI**
                                           **A PROFESSIONAL LAW CORPORATION**

By: [signature]
Ramin R. Younessi, Esq.
Samantha L. Ortiz, Esq.
Melissa Newman Avila, Esq.
Attorneys for Plaintiff
JAIME JIMENEZ

DATED: January 11, 2022     **LITTLER MENDELSON, P.C.**

By: /s/ David J. Dow
David J. Dow, Esq.
Shelley L. Murray, Esq.
Attorneys for Defendant
GREYHOUND LINES, INC.

### SIGNATURE ATTESTATION

As the filer of this document, I, Samantha L. Ortiz, attest that all other signatories listed here concur in the filing's content and have authorized this filing on their behalf and with the use of their signature below.

DATED: January 11, 2022     By: [signature]
                                                               Samantha L. Ortiz, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **JOINT STIPULATION FOR VOLUNTARY DISMISSAL** was on January 11, 2022, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| David J. Dow, Esq.<br>ddow@littler.com<br>Shelley L. Murray, Esq.<br>smurray@littler.com<br>LITTLER MENDELSON, P.C.<br>501 W. Broadway, Suite 900<br>San Diego, California 92101 | Attorneys for Defendant<br>GREYHOUND LINES, INC. |

☒  BY NOTICE OF ELECTRONIC FILING: The above-listed counsel has consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on January 11, 2022, at Los Angeles, California.

☒  FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: /s/ Christian Ortiz