```
FILED
CLERK, U.S. DISTRICT COURT
01/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GREYHOUND LINES, INC., a Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01338-PSG-JPR <br><br> *Assigned to Honorable Judge Honorable Philip S. Gutierrez; Magistrate Jean P. Rosenbluth* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL** <br><br><br> Action filed: December 23, 2020 |

**ORDER**

For good cause shown and based upon the joint stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff's entire complaint against Defendant including all causes of action as alleged therein is hereby dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: January 12, 2022

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL** was on January 11, 2022, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| David J. Dow, Esq.<br>ddow@littler.com<br>Shelley L. Murray, Esq.<br>smurray@littler.com<br>LITTLER MENDELSON, P.C.<br>501 W. Broadway, Suite 900<br>San Diego, California 92101 | Attorneys for Defendant<br>GREYHOUND LINES, INC. |

☒ BY NOTICE OF ELECTRONIC FILING: The above-listed counsel has consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on January 11, 2022, at Los Angeles, California.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: /s/ Christian Ortiz